# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

May 13, 2004

Before

**Hon.** FRANK H. EASTERBROOK, Circuit Judge

**Hon.** TERENCE T. EVANS, Circuit Judge

**Hon.** ANN CLAIRE WILLIAMS, Circuit Judge

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff-Appellee,*<br><br>**No.** 03-2424      **v.**<br><br>KENNETH N. CRAIG,<br>    *Defendant-Appellant.* | Appeal from the United States District Court for the Eastern District of Wisconsin.<br><br>No. 02-CR-179<br>Charles N. Clevert, Jr.,<br>*Judge.* |

**Order**

The opinion of this court issued on May 13, 2004, is amended as follows:

The phrase "less than 10 days" at lines 4-5 of page 3 is changed to "10 days or fewer".